UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-942-AP

**CARLOS ESPARZA,**

Plaintiff,

vs.

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY**,

Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**    **APPEARANCES OF COUNSEL**

For Plaintiff:

Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
Phone: 719-543-8636
Fax:    719-543-8403
seckarlaw@mindspring.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
d_meachum@hotmail.com; debra.meachum@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g)**.**

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:**     05/24/05.

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**     06/02/05.

    **C.**     **Date Answer Was Filed:** 07/22/05.

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties agree that the record is complete and accurate.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

**6.**     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.**     **OTHER MATTERS**

The parties state there are no other matters to raise at this time.

**8.**     **PROPOSED BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due: September 19, 2005.**

    **B.**     **Defendant's Response Brief Due: October 19, 2005.**

    **C.**     **Plaintiff's Reply Brief (if any) Due: November 3, 2005.**

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff does not request oral argument.**

    **B.**     **Defendant does not request oral argument.**

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**     **( X )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **(  )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**     **OTHER MATTERS**

The parties state there are no other matters to raise at this time.

**12.**   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 11th day of August, 2005.

BY THE COURT:


**S/John L. Kane**
U. S. District Court Judge


APPROVED:

**s/Michael W. Seckar  8/10/05**
Michael W. Seckar, Esq.
Attorney for Plaintiff
402 W. 12th Street
Pueblo, CO 81003

**s/Debra J. Meachum  8/10/05**
Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294

**s/Kurt J. Bohn  8/10/05**
Kurt J. Bohn
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

Attorneys for Defendant