IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-942-AP

CARLOS ESPARZA,

     Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

     Defendant.

## ORDER FOR REMAND

Pursuant to the unopposed motion for remand filed by Defendant, the Commissioner of Social Security, and the provisions of sentence four of 42 U.S.C. § 405(g), the Court remands this case for further administrative proceedings.

Upon remand to the Commissioner's Appeals Council, the case will be remanded to an Administrative Law Judge (ALJ) for further action, including a supplemental hearing. Plaintiff will have the opportunity to submit additional evidence relevant to his claim; and the ALJ will be directed as follows:

    further consider the report of examining psychologist Brett Valette, Ph.D., that Plaintiff has an extremely low IQ, inability to communicate in English, and a possible learning disability; recontact Dr. Valette to clarify inconsistencies between his report of examination and his assessment of Plaintiff's mental functional capacity; and determine whether the conditions diagnosed by Dr. Valette impose work-related functional limitations;

    obtain updated evidence from Plaintiff's treating sources, including medical source statements;

further evaluate the credibility of Plaintiff's subjective allegations and lay witness testimony;

consider all evidence when determining whether Plaintiff had a severe mental impairment;

consider all evidence, including Plaintiff's limited ability to communicate in English, when assessing Plaintiff residual functional capacity;

obtain supplemental evidence from a vocational expert to determine whether an individual of Plaintiff's age, with Plaintiff's education, work experience, and residual functional capacity, as assessed by the ALJ, can perform work in the national economy.

The case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Court clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in Shalala v. Schaefer, 509 U.S. 292, 296-302 (1993).

DATED this 21st day of November, 2005.

BY THE COURT:

s/John L. Kane
Judge, United States District Court