IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-942-AP**

**CARLOS ESPARZA,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

---

## ORDER

---

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #22), filed January 5, 2006, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$4,978.88**.

Dated at Denver, Colorado, this 5th day of January, 2006.

                              BY THE COURT:

                              **S/John L. Kane**
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT